No. 240, Misc. BIVENS *v.* SIX UNKNOWN NAMED AGENTS OF FEDERAL BUREAU OF NARCOTICS. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Case transferred to appellate docket.

No. 1247. UNION PACIFIC RAILROAD CO. *v.* HALL LUMBER SALES, INC. C. A. 7th Cir. Certiorari denied.

No. 1317. GAMBINO *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 1353. AUERBACH ET AL. *v.* UNITED STATES; and No. 1478. RANDELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1483. VANDERBOOM ET AL. *v.* CITY NATIONAL BANK OF FORT SMITH, ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 1518. HUIE *v.* BOARD OF COMMISSIONERS OF THE ALABAMA STATE BAR. Sup. Ct. Ala. Certiorari denied.

No. 1527. FISHMAN *v.* CITY OF STAMFORD ET AL. Sup. Ct. Conn. Certiorari denied.

No. 1534. LOCAL UNION No. 167, PROGRESSIVE MINE WORKERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 1540. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.